AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 22, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Joshua Greenberg | Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): <u>Mailed Summons via certified mail to the Attorney General located at 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530 pursuant to Rule 4(i)</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 4, 2008
                    Date

*Signature of Server*

Shapiro, Lifschitz and Schram, P.C.
1742 N St., N.W., Washington, D.C.  20036
*Address of Server*

*[signature: Karla M. Henwood]*

KARLA M. HENWOOD
Notary Public, District of Columbia
My Commission Expires
October 14, 2009

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.