UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARY HELBURN**
438 Maple Street
Idaho Falls, Idaho 83402

        **Plaintiff,**

v.

**THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
100 F Street, NE
Washington, DC 20549

        **Defendant.**

: Civil Action No. 1:08-cv-01241
: Judge Henry H. Kennedy
: FOIA/Privacy Act

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, as amended, as well as agency FOIA regulations, challenging the failure of the United States Securities Exchange Commission to fulfill the request of Plaintiff (Helburn) for documents relating to the SEC's investigation of Gradient Analytics, Inc. which was concluded in February 2007.

2. On July 18, 2008, Plaintiff served and filed its Complaint in this matter. The parties have entered into negotiations with the expectation of settling this matter without further court intervention. Therefore, the parties consent to extend Defendant's time to answer from August 15, 2008 to October 20, 2008. An order

1

to that effect is attached.

Dated: August 13, 2008                    Respectfully submitted,

_____
Thomas A. DiBiase, Esquire
DC Bar No. 434132
SHAPIRO, LIFSCHITZ AND SCHRAM, P.C.
1742 N Street, N.W.
Washington, D.C. 20036
(202) 689-1900 (telephone)
(202) 689-1901 (facsimile)

*Attorneys for Plaintiff*

Of Counsel:

CHRISTIAN, SMITH & JEWELL, L.L.P.

James "Wes" Christian
State Bar No. 04228700
Scott Link
State Bar No. 12390900
2302 Fannin St., Suite 500
Houston, Texas 77002
Telephone: (713) 659-7617
Telecopier: (713) 659-7641

*Attorneys for Plaintiff*

_____
Kevin Solonsky, Esquire
DC Bar No. 437119
United States Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
(202) 551-5014 (telephone)
(202) 772-9263 (facsimile)

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARY HELBURN**
438 Maple Street
Idaho Falls, Idaho 83402

    **Plaintiff,**

v.

**THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
100 F Street, NE
Washington, DC 20549

    **Defendant.**

: Civil Action No. 1:08-cv-01241
:
: Judge Henry H. Kennedy
:
: FOIA/Privacy Act

## ORDER

WHEREFORE, the parties have jointly consented to extend the time of the Defendant to answer to October 20, 2008;

IT IS HEREBY ORDERED, that Defendant's time to answer shall be extended until October 20, 2008.

        Judge Henry H. Kennedy
        United States District Court Judge

cc: Thomas A. DiBiase, Esquire
   SHAPIRO, LIFSCHITZ AND SCHRAM, P.C.
   1742 N Street, N.W.
   Washington, D.C. 20036

   Kevin Solonsky, Esquire
   United States Securities and Exchange Commission
   100 F Street, NE
   Washington, D.C. 20549

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was served this 13th day of August, 2008, by U.S. mail, to the following:

Kevin Solonsky, Esq.
Office of General Counsel
SEC Headquarters
100 F Street, NE
Washington, DC 20549

_____
Thomas A. DiBiase

F:\Clients\892\01\Pleading\Consent motion to extend time to answer.doc